UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **24-20018-CR-MOORE/DAMIAN**

21 U.S.C. § 963
21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 853

FILED BY ___MP___ D.C.
Jan 24, 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES OF AMERICA

v.

MICHAEL QUESENBERRY and
SAVANNAH ROSE MINAMI,

Defendants.
_____/

### INDICTMENT

The Grand Jury charges that:

**COUNT 1**
**Conspiracy to Export a Controlled Substance**
**(21 U.S.C. § 963)**

Beginning at least as early as in or around January 2024, and continuing through on or about January 11, 2024, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**MICHAEL QUESENBERRY and
SAVANNAH ROSE MINAMI,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury to export from the United States, to a place outside of the United States, a controlled substance, in violation of Title 21, United States Code, Section 953(c); all in violation of Title 21, United States Code, Section 963.

The controlled substance involved in the conspiracy attributable to the defendants as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them,

is 50 kilograms or more of a mixture and substance containing a detectable amount of marihuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 960(b)(3).

## COUNT 2
### Attempted Exportation of a Controlled Substance
### (21 U.S.C. § 963)

On or about January 11, 2024, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**MICHAEL QUESENBERRY and**
**SAVANNAH ROSE MINAMI,**

did knowingly and intentionally attempt to export from the United States, to a place outside of the United States, a controlled substance, in violation of Title 21, United States Code, Section 953(c); in violation of Title 21, United States Code, Section 963, and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 960(b)(3), it is further alleged that this violation involved 50 kilograms or more of a mixture and substance containing a detectable amount of marihuana, a Schedule I controlled substance.

## COUNT 3
### Conspiracy to Possess with Intent to Distribute a Controlled Substance
### (21 U.S.C. § 846)

Beginning at least as early as in or around January 2024, and continuing through on or about January 11, 2024, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**MICHAEL QUESENBERRY and**
**SAVANNAH ROSE MINAMI,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury to possess with intent to distribute a

2

controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

The controlled substance involved in the conspiracy attributable to the defendants as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is 50 kilograms or more of a mixture and substance containing a detectable amount of marihuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

### COUNT 4
**Possession with Intent to Distribute a Controlled Substance**
**(21 U.S.C. § 841(a)(1))**

On or about January 11, 2024, in Miami-Dade County, in the Southern District of Florida, the defendants,

**MICHAEL QUESENBERRY and**
**SAVANNAH ROSE MINAMI,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved 50 kilograms or more of a mixture and substance containing a detectable amount of marihuana, a Schedule I controlled substance.

### FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of certain property in which the defendants, **MICHAEL QUESENBERRY** and **SAVANNAH ROSE MINAMI**, have an interest.

2. Upon conviction of a violation of Title 21, United States Code, Sections 963, 846, and/or 841(a)(1), as alleged in this Indictment, the defendants shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense, pursuant to Title 21, United States Code, Section 853.

All pursuant to Title 21, United States Code, Sections 853 and 970.

A TRUE BILL

FOREPERSON

_____ FOR
MARKENZY LAPOINTE
UNITED STATES ATTORNEY

_____
STERLING M. PAULSON
ASSISTANT UNITED STATES ATTORNEY

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: _____

v.

MICHAEL QUESENBERRY and
SAVANNAH ROSE MINAMI,
_____/
Defendants.

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of counts _____

**Court Division** (select one)
☒ Miami   ☐ Key West   ☐ FTP
☐ FTL     ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect: _____

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)
   I    ☒ 0 to 5 days                  ☐ Petty
   II   ☐ 6 to 10 days                 ☐ Minor
   III  ☐ 11 to 20 days                ☐ Misdemeanor
   IV   ☐ 21 to 60 days                ☒ Felony
   V    ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Magistrate Case No. 24-mj-02073-LMR
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of N/A
10. Defendant(s) in state custody as of N/A
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No
15. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

By: _____
Sterling M. Paulson
Assistant United States Attorney
Court ID No.   A5503032

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:  Michael Quesenberry

**Case No**: _____

**Count #: 1**

Conspiracy to Export a Controlled Substance

Title 21, United States Code, Section 963
* **Max. Term of Imprisonment:** 20 Years' Imprisonment
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** Life
* **Min. Supervised Release:** 3 Years' Supervised Release
* **Max. Fine:** $1,000,000

**Count #: 2**

Attempted Exportation of a Controlled Substance

Title 21, United States Code, Section 963
* **Max. Term of Imprisonment:** 20 Years' Imprisonment
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** Life
* **Min. Supervised Release:** 3 Years' Supervised Release
* **Max. Fine:** $1,000,000

**Count #: 3**

Conspiracy to Possess with Intent to Distribute a Controlled Substance

Title 21, United States Code, Section 846
* **Max. Term of Imprisonment:** 20 Years' Imprisonment
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** Life
* **Min. Supervised Release:** 3 Years' Supervised Release
* **Max. Fine:** $1,000,000

**\*Refers only to possible term of incarceration, supervised release, and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**:  Michael Quesenberry

**Case No**: _____

**Count #: 4**

Possession with Intent to Distribute a Controlled Substance

Title 21, United States Code, Section 841(a)(1)
* **Max. Term of Imprisonment:** 20 Years' Imprisonment
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** Life
* **Min. Supervised Release:** 3 Years' Supervised Release
* **Max. Fine:** $1,000,000

**\*Refers only to possible term of incarceration, supervised release, and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:  Savannah Rose Minami

**Case No**: _____

**Count #: 1**

Conspiracy to Export a Controlled Substance

Title 21, United States Code, Section 963
* **Max. Term of Imprisonment:** 20 Years' Imprisonment
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** Life
* **Min. Supervised Release:** 3 Years' Supervised Release
* **Max. Fine:** $1,000,000

**Count #: 2**

Attempted Exportation of a Controlled Substance

Title 21, United States Code, Section 963
* **Max. Term of Imprisonment:** 20 Years' Imprisonment
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** Life
* **Min. Supervised Release:** 3 Years' Supervised Release
* **Max. Fine:** $1,000,000

**Count #: 3**

Conspiracy to Possess with Intent to Distribute a Controlled Substance

Title 21, United States Code, Section 846
* **Max. Term of Imprisonment:** 20 Years' Imprisonment
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** Life
* **Min. Supervised Release:** 3 Years' Supervised Release
* **Max. Fine:** $1,000,000

**\*Refers only to possible term of incarceration, supervised release, and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:**  Savannah Rose Minami

**Case No:** _____

**Count #: 4**

Possession with Intent to Distribute a Controlled Substance

Title 21, United States Code, Section 841(a)(1)
* **Max. Term of Imprisonment:** 20 Years' Imprisonment
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** Life
* **Min. Supervised Release:** 3 Years' Supervised Release
* **Max. Fine:** $1,000,000

**\*Refers only to possible term of incarceration, supervised release, and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**