IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-20018-DSL

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL QUESENBERRY,

    Defendant.

_____/

## UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE

The Defendant, MICHAEL QUESENBERRY ("QUESENBERRY"), by and through undersigned counsel, respectfully requests that this Honorable Court modify the conditions of Pretrial Release to allow the Defendant, MICHAEL QUESENBERRY, to remove his ankle monitor for his MRI scheduled for today, March 18, 2024, at 1:00pm (PST), and in support thereof states as follows:

1. On January 11, 2024, QUESENBERRY was arrested for Conspiracy to Possess with Intent to Distribute a Controlled Substance and Possession with Intent to Distribute a Controlled Substance.

2. On January 19, 2024, QUESENBERRY was released on a $250,000.00 personal surety bond co-signed by his stepfather. The special conditions of bond include location monitoring technology at the discretion of the officer, and home detention with permission to leave his residence for medical visits, court appearances, attorney visits or court ordered obligations, and employment at the discretion of USPO.

3. QUESENBERRY has a history of cancer, and infections affecting his spine.

4.   QUESENBERRY must undergo an MRI in order to evaluate for any nerve injury in his spine. He has an MRI appointment for today, March 18, 2024, at 1:00pm (PST) at 1 Quality Drive, Vacaville, California 95688.

5.   Although QUESENBERRY has permission to go to the MRI, his ankle monitor (along with any other jewelry) must be removed in order to complete the MRI.

6.   Attached as *Exhibit A* is a letter from QUESENBERRY's doctor to this effect.

7.   Undersigned counsel has conferred with QUESENBERRY's pretrial release officer in Oakland, California, Carolyn Truong, who has no objection to the device being removed by QUESENBERRY and/or his doctor in order to complete the MRI so long as QUESENBERRY report to the Office of United States Probation in Oakland to put the device back on tomorrow morning.

8.   Undersigned counsel has conferred with Assistant United States Attorney Sterling Paulson, who has no objection.

9.   As of the filing of this motion, QUESENBERRY has abided by all conditions of his pretrial release.

WHEREFORE, the Defendant respectfully requests that this Honorable court enter an order allowing the Defendant, MICHAEL QUESENBERRY, to remove the ankle monitor for his MRI scheduled for today, March 18, 2024, at 1:00pm (PST) at 1 Quality Drive, Vacaville, California 95688.  QUESENBERRY is to report to the Office of United States Probation in Oakland to put the device back on tomorrow morning, March 19, 2024.

Respectfully submitted,

*/s/ Joseph S. Rosenbaum*
Joseph S. Rosenbaum, Esquire
Florida Bar No. 240206

ROSENBAUM & ACEVEDO, LLP
100 SE 2nd Street, Suite 3400
Miami, Florida 33131
Tel: (305) 446-6099
Fax:(305) 675-6156
Email: jsr@rosenbaumacevedolaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of March, 2024, the undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/ Joseph S. Rosenbaum*
Joseph S. Rosenbaum, Esquire
Florida Bar No. 240206