IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-20018-DSL

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL QUESENBERRY,

    Defendant.

_____/

**DEFENDANT QUESENBERRY'S UNOPPOSED MOTION FOR LEAVE TO APPEAR REMOTELY FOR THE STATUS CONFERENCE SET FOR JULY 30, 2024, OR ALTERNATIVELY, MOTION FOR THE U.S. MARSHALS SERVICE TO TRANSPORT THE DEFENDANT TO THE SOUTHERN DISTRICT OF FLORIDA FOR THE HEARING**

    The Defendant, MICHAEL QUESENBERRY ("QUESENBERRY"), by and through undersigned counsel, respectfully requests that this Honorable Court permit the Defendant to appear remotely for the Status Conference set for July 30, 2024, at 10:00 a.m. or alternatively, order the U.S. Marshals Service to transport the Defendant to the Southern District of Florida on or before July 29, 2024, and in support thereof states as follows:

1. On January 17, 2024, the undersigned was appointed as CJA counsel to represent QUESENBERRY.

2. QUESENBERRY is a resident of the Eastern District of California.

3. On January 19, 2024, QUESENBERRY was granted pretrial release and authorized to return home to the Eastern District of California.

4. On the Order Setting Trial and the Pretrial Schedule, the Court ordered that the Defendant's appearance is required at all hearings and conferences. [D.E. 39].

5. This Honorable Court has scheduled a Status Hearing on July 30, 2024, at 10:00 a.m.

6. Since QUESENBERRY is indigent, arrangements must be made by CJA Counsel, in conjunction with the CJA Administrator and U.S. Marshals Service for QUESENBERRY's travel to the Southern District of Florida. This will also require a court order directing the U.S. Marshals Service to transport the Defendant from California to Miami, Florida.

7. QUESENBERRY will have to pay out of pocket for his return transportation to the Eastern District of California.

8. Moreover, QUESENBERRY does not have a place to stay in the Southern District of Florida and the CJA Administrator has advised that lodging will either need to be coordinated with the U.S. Probation Office so that he may be placed in a halfway house or QUESENBERRY will have to make his own arrangements.[1]

9. The CJA Administrator urged undersigned counsel to inquire if this Honorable Court will allow QUESENBERRY to appear remotely (either by telephone or video conference) for non-evidentiary hearings as this would be more cost-effective and lessen the burden on the CJA budget.

10. Undersigned counsel and QUESENBERRY humbly defer to this Honorable Court's judgment on the matter.

11. Should this Honorable Court prefer that QUESENBERRY appear in-person for the Status Conference scheduled for July 30, 2024, an order directing the U.S. Marshals Service to transport QUESENBERRY to the Southern District of Florida will be necessary.

---

[1] Undersigned counsel has made several calls to the U.S. Probation Office for the Southern District of Florida regarding this matter but has yet to receive any response.

12. Undersigned counsel has conferred with Assistant United States Attorney Sterling Paulson, who has no objection to either request.

WHEREFORE, the Defendant, MICHAEL QUESENBERRY, respectfully requests this Honorable Court permit him to appear remotely for the Status Conference set for July 30, 2024, at 10:00 a.m., or alternatively, order the U.S. Marshals Service to transport the Defendant on or before July 29, 2024, from California[2] to the Southern District of Florida so that he may attend said hearing in person.

Respectfully submitted,

*/s/ Joseph S. Rosenbaum*
Joseph S. Rosenbaum, Esquire
Florida Bar No. 240206

ROSENBAUM & ACEVEDO, LLP
100 SE 2nd Street, Suite 3400
Miami, Florida 33131
Tel: (305) 446-6099
Fax:(305) 675-6156
Email: jsr@rosenbaumacevedolaw.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of July, 2024, the undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/ Joseph S. Rosenbaum*
Joseph S. Rosenbaum, Esquire
Florida Bar No. 240206

---

[2] The closest airport may be in the Northern District of California, therefore, it is recommended that we not include a specific district in order to facilitate the Marshals Service's compliance with this order.